1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JEFFERY SCOTT CLOWARD

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 2:07-cr-00070-MCE
                                    )
12             Plaintiff,           )   STIPULATION AND ORDER CONTINUING
                                    )   STATUS CONFERENCE
13      v.                          )
                                    )
14 JEFFERY SCOTT CLOWARD,           )   Date:  May 24, 2007
                                    )   Time:  9:00 a.m.
15             Defendant.           )   Judge: Morrison C. England, Jr.
                                    )
16 _____  )

17

18      It is hereby stipulated and agreed to between the United States of

19 America through Camil A. Skipper, Assistant United States Attorney, and

20 JEFFERY SCOTT CLOWARD, by and through his counsel, Matthew C. Bockmon,

21 Assistant Federal Defender, that the status conference presently

22 scheduled for May 3, 2007, be vacated and rescheduled for status

23 conference on May 24, 2007, at 9:00 a.m.

24      This continuance is being requested because defense counsel needs

25 additional time to review the discovery and for on-going defense

26 investigation, preparation and plea negotiation.

27      IT IS FURTHER STIPULATED that the period from May 3, 2007, through

28 and including May 24, 2007, be excluded in computing the time within

which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 26, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JEFFERY SCOTT CLOWARD

Dated: April 26, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAMIL A. SKIPPER
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2