1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. 2:07-cr-00070-MCE
                                )
12              Plaintiff,      )
                                )
13     v.                       )    STIPULATION TO CONTINUE STATUS
                                )    CONFERENCE AND PROPOSED ORDER
14 JEFFERY SCOTT CLOWARD,       )
                                )    DATE: May 24, 2007
15              Defendant.      )    TIME: 9:00 A.M.
   _____)    COURT: Judge England
16

17      The parties, through their respective counsel, agree that the
18 status conference presently set for May 24, 2007, should be
19 continued to June 14, 2007, and that time should be excluded under
20 the Speedy Trial Act until June 14, 2007, for defense preparation.
21      To date, the government has provided 149 pages of discovery to
22 the defense, and defense counsel has had one conference to review
23 digital evidence with the case agent.  During the continuing
24 analysis of the defendant's digital storage media, more relevant
25 evidence was discovered.  The government anticipates providing this
26 additional evidence to the defense next week.  This evidence is may
27 reveal additional crimes of the defendant and identify victims of
28 criminal offenses.

                                  1

Defense counsel will need time to review this new information and discuss it with the defendant. For that reason, the parties believe a continuance to June 14, 2007, is warranted, and that time should be excluded under those provisions of the Speedy Trial Act relating to reasonable time to prepare. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

DATED: May 23, 2007         McGREGOR W. SCOTT
                            United States Attorney

                        By: Camil A. Skipper
                            CAMIL A. SKIPPER
                            Assistant U.S. Attorney

DATED: May 23, 2007         Matthew C. Bockmpn
                            MATTHEW C. BOCKMON
                            Attorney for Defendant

**ORDER**

Therefore, **IT IS HEREBY ORDERED** that:

1. A further status conference is set for June 14, 2007, at 9:00 A.M.

2. Based upon the above representations, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 14, 2007.

IT IS SO ORDERED.

Dated: May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2