DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFERY SCOTT CLOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-00070-MCE |
| ) | |
| Plaintiff, ) | MOTION AND ORDER REFERRING |
| ) | DEFENDANT TO BUREAU OF PRISONS |
| v. ) | FOR MENTAL EXAMINATION PURSUANT |
| ) | TO 18 U.S.C. §§ 4241(a), 4247(b) |
| JEFFERY SCOTT CLOWARD, ) | and (c) |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was on calendar for status conference on August 16, 2007. Assistant United States Attorney Camil A. Skipper appeared on behalf of the government. The defendant appeared, in custody, with his attorney, Assistant Federal Defender Matthew C. Bockmon. Defense counsel moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. section 4241(a), and moved that the defendant be referred to the Bureau of Prisons for a mental examination and report, pursuant to 18 U.S.C. section 4241(b). Defense counsel made a proffer supporting that motion:

///

///

1. Defendant appears depressed such that he is unable to communicate fully with counsel;

2. Defendant appears unable to weigh rationally the evidence against him; and

3. Defendant appears unable to decide rationally whether to accept a plea bargain rather than go to trial.

The Court ordered defense counsel to file a pleading following the hearing regarding whether there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Defense counsel filed this motion and proposed order, together with the attached affidavit of counsel in support of the motion. Based on defense counsel's submissions, the Court finds there is reasonable cause to believe defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, pursuant to 18 U.S.C. § 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination and report in accordance with the provisions of 18 U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist.

///

1 The examining psychiatrist or psychologist shall prepare a report which
2 shall be submitted to the Court with copies to the attorney for the
3 government and the attorney for the defendant, as follows:
4     Attorney for the government:
    Camil A. Skipper
5     Assistant U.S. Attorney
    501 I Street, Room 10-100
6     Sacramento, CA  95814
    (916)  554-2792
7
    Attorney for defendant:
8     Matthew C. Bockmon
    Assistant Federal Defender
9     801 I Street, 3rd Floor
    Sacramento, CA  95814
10     (916)  498-5700
11     The report shall include the following information:
12     1.   The defendant's history and present symptoms;
13     2.   A description of the psychiatric, psychological, and medical
14         tests that were employed and their results;
15     3.   The examiner's findings; and
16     4.   The examiner's opinions as to diagnosis, prognosis, and
17         whether the defendant is suffering from a mental disease or
18         defect rendering him mentally incompetent to the extent that
19         he is unable to understand the nature and consequences of the
20         proceedings against him or to assist properly in his defense.
21     A Further Status Conference is scheduled for Thursday,
22 September 13, 2007, at 9:00 a.m. to check on the progress of the above
23 referral.
24     Time is excluded from the Speedy Trial Act calculation for the
25 delay resulting from the proceedings, including the examination, to
26 determine the defendant's mental competency, pursuant to 18 U.S.C.
27 § 3161(h)(1)(A) and Local Code A.
28 ///

Motion and Proposed Order        3

1     The Clerk of the Court shall serve a copy of this order on the
2 United States Marshall, who shall immediately coordinate with the
3 Bureau of Prisons to effectuate the defendant's transfer to an
4 appropriate facility as soon as possible.  The Clerk of the Court shall
5 also serve a copy of this order on the Bureau of Prisons.
6     IT IS SO ORDERED.

 Dated: August 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE