```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JEFFERY SCOTT CLOWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-00070-MCE |
|---|---|
| Plaintiff, | ) (AMENDED) <br> ) STIPULATION AND ORDER CONTINUING <br> ) STATUS CONFERENCE |
| v. | ) |
| JEFFERY SCOTT CLOWARD, | ) Date: January 24, 2008 <br> ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Camil A. Skipper, Assistant United States Attorney, and JEFFERY SCOTT CLOWARD, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 20, 2007, be vacated and rescheduled for status conference on January 24, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel is still waiting for the competency report from the Bureau of Prisons Metropolitan Detention Center, and will need time to review the evaluation of defendant when it is received.

///

1    IT IS FURTHER STIPULATED that the period from December 20, 2007,
2 through and including January 24, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: December 19, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JEFFERY SCOTT CLOWARD

Dated: December 19, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAMIL A. SKIPPER
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: December 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2