DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFERY SCOTT CLOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-00070-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JEFFERY SCOTT CLOWARD, | Date: February 28, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant United States Attorney, and JEFFERY SCOTT CLOWARD, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 24, 2008, be vacated and rescheduled for status conference on February 28, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel is still waiting for the competency report from the Bureau of Prisons Metropolitan Detention Center, and will need time to review the evaluation of defendant when it is received.

///

1  IT IS FURTHER STIPULATED that the period from January 24, 2008,
2 through and including February 28, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: January 23, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JEFFERY SCOTT CLOWARD

Dated: January 23, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                               2