DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFERY SCOTT CLOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-00070-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JEFFERY SCOTT CLOWARD, | Date: March 27, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant United States Attorney, and JEFFERY SCOTT CLOWARD, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for March 19, 2008, be vacated and rescheduled for status conference on March 27, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to go over the most recent plea agreement with defendant.

///

///

1     IT IS FURTHER STIPULATED that the period from March 19, 2008,
2 through and including March 27, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: March 18, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Matthew C. Bockmon
                                              _____
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JEFFERY SCOTT CLOWARD

Dated: March 18, 2008

                                              MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Matthew C. Bockmon for

                                              _____
                                              CAROLYN DELANEY
                                              Assistant U.S. Attorney
                                              per telephonic authority

## O R D E R

IT IS SO ORDERED.

Dated: March 19, 2008

                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE