DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFERY SCOTT CLOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00070-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JEFFERY SCOTT CLOWARD, | ) | Date:  April 10, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant United States Attorney, and JEFFERY SCOTT CLOWARD, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference/change of plea hearing presently scheduled for April 3, 2008, be vacated and rescheduled for status conference/change of plea on April 10, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel is not available on April 3, 2008.

///

///

1    IT IS FURTHER STIPULATED that the period from April 3, 2008,

2 through and including April 10, 2008, be excluded in computing the time

3 within which trial must commence under the Speedy Trial Act, pursuant

4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and

5 preparation of counsel.

6 Dated: April 1, 2008

                              Respectfully submitted,
7
                              DANIEL J. BRODERICK
8                             Federal Defender

9                             /s/ Matthew C. Bockmon

10                            _____
                              MATTHEW C. BOCKMON
11                            Assistant Federal Defender
                              Attorney for Defendant
12                            JEFFERY SCOTT CLOWARD

13 Dated: April 1, 2008

14
                              MCGREGOR W. SCOTT
15                            United States Attorney

16                            /s/ Matthew C. Bockmon for

17                            _____
                              CAROLYN DELANEY
18                            Assistant U.S. Attorney
                              per telephonic authority

19

20                            **O R D E R**

21

22 IT IS SO ORDERED.

23
    Dated: April 4, 2008
24

25
                              _____
26                            MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE
27

28