1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

5

6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )    2:07-CR-0070-MCE
11                              )
             Plaintiff,         )    FINAL ORDER OF FORFEITURE
12                              )
        v.                      )
13                              )
   JEFFERY SCOTT CLOWARD,       )
14                              )
             Defendant.         )
15 _____)

16      WHEREAS, on June 17, 2008, this Court entered a Preliminary

17 Order of Forfeiture pursuant to the provisions of 18 U.S.C.

18 § 2253 based upon the plea agreement entered into between

19 plaintiff and defendant Jeffery Scott Cloward forfeiting to the

20 United States the following property:

21          a)   Compaq Presario computer, model no. SR1110NX,
                 serial no. CNC4250DTV;
22
            b)   Winbrook laptop, model no. WinbookXL2, with an
23               illegible serial number;

24          c)   Lexar Media 128 MB JumpDrive (red/black);

25          d)   Centon 256 MB JumpDrive (in green leather case);
                 and
26
            e)   Lexar Media 128 MB JumpDrive (blue/white).
27
        AND WHEREAS, on June 30, July 7, and 14, 2008, the United
28

1  States published notice of the Court's Order of Forfeiture in the
2  <u>Appeal Democrat</u> (Yuba County), a newspaper of general circulation
3  located in the county in which the subject property was seized.
4  Said published notice advised all third parties of their right to
5  petition the Court within thirty (30) days of the publication
6  date for a hearing to adjudicate the validity of their alleged
7  legal interest in the forfeited property;

8  AND WHEREAS, the Court has been advised that no third party
9  has filed a claim to the subject property, and the time for any
10 person or entity to file a claim has expired.

11 Accordingly, it is hereby ORDERED and ADJUDGED:

12 1.  A Final Order of Forfeiture shall be entered forfeiting
13 to the United States of America all right, title, and interest in
14 the above-listed property pursuant to 18 U.S.C. § 2253, to be
15 disposed of according to law, including all right, title, and
16 interest of Jeffery Scott Cloward.

17 2.  All right, title, and interest in the above-listed
18 property shall vest solely in the United States of America.

19 3.  The United States shall maintain custody of and control
20 over the subject property until it is disposed of according to
21 law.

22 SO ORDERED.

23 Dated: September 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE